UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 19-22057-RAM

Pacifico Sur Group, LLC,                                            Chapter 7 (Involuntary)

    Alleged Debtor.
_____/

## NOTICE OF FILING JOINDER IN
## INVOLUNTARY PETITION BY CREDITOR TORRO LLC

Petitioning Creditor Affinity Capital Funding, LLC ("Affinity"), by its undersigned counsel, gives notice of filing the *Joinder in Involuntary Petition by Creditor Torro LLC* (the "Joinder"). Affinity files this Joinder in support of its Involuntary Petition Against Pacifico Sur Group, LLC [ECF 1], and any other matter that may come before this Court.

**DATED**:  October 18, 2019            Respectfully submitted,

                                              By:   */s/Gary M. Freedman*
                                                      Gary M. Freedman
                                                      Florida Bar No. 727260
                                                      gary.freedman@nelsonmullins.com
                                                      jackie.gonzalez @nelsonmullins.com
                                                      **Nelson Mullins Broad and Cassel**
                                                      One Biscayne Tower
                                                      2 South Biscayne Boulevard, 21st Floor
                                                      Miami, Florida 33131
                                                      Telephone: 305-373-9449
                                                      Facsimile: 305-373-9443

                                                      *Counsel to Affinity Capital Funding, LLC*

Case No. 19-22057-RAM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 18th day of October, 2019 by electronic transmission through the Court's CM/ECF system upon all parties on the CM/ECF Service List maintained by the court in this matter.

By: */s/ Gary M. Freedman*
Gary M. Freedman

**19-22057-RAM Notice will be electronically mailed to:**

Gary M Freedman, Esq on behalf of Petitioning Creditor Affinity Capital Funding, LLC
gary.freedman@nelsonmullins.com, jackie.gonzalez@nelsonmullins.com; lisa.negron@nelsonmullins.com

James B Miller on behalf of Debtor Pacifico Sur Group, LLC
bkcmiami@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 19-22057-RAM

PACIFICO SUR GROUP, LLC,                                  Chapter 7 (Involuntary)

    Alleged Debtor.
_____/

**JOINDER IN INVOLUNTARY PETITION BY CREDITOR TORRO LLC**

Creditor, Torro LLC, pursuant to 11 U.S.C. §303(c) joins Affinity Capital Funding, LLC as a creditor of Pacifico Sur Group, LLC ("Alleged Debtor") and states as follows:

1. Torro LLC has a money judgment against Alleged Debtor in the principal amount of $369,531.22.

2. Torro LLC's mailing address is 5965 S 900 E, Suite 300, Murray, UT 84121.

3. The name and mailing address of Torro LLC's representative is Alan R. Stewart, c/o Torro LLC, 5965 S 900 E, Suite 350, Murray, UT 84121.

Torro LLC                                                 Alan R. Stewart

By: _____
      Alan R. Stewart
5965 S 900 E, Suite 300
Murray, UT 84121