UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

PACIFICO SUR GROUP, LLC,　　　　　　　　Case No. 19-22057-RAM
　　　　　　　　　　　　　　　　　　　　　Chapter 7 (Involuntary)
　　　Alleged Debtor.
_____/

In re:

CHILEAN FISHERIES GROUP, LLC,　　　　　Case No. 19-22058-RAM
　　　　　　　　　　　　　　　　　　　　　Chapter 7 (Involuntary)
　　　Alleged Debtor.
_____/

**TRUSTEE'S NOTICE OF RULE 2004 EXAMINATION
OF TRUNORTH WORLD CARGO LLC**

**(Pursuant to** *Order on Marcia T. Dunn, Interim Chapter 7 Trustee's Emergency Motion (1) For Preliminary Injunctive Relief And Temporary Restraining Order To Freeze Bank Accounts And Assets Of Affiliate Entities, And (2) To Shorten Time To Respond To Discovery And Sit For Rule 2004 Oral Examinations* **[PSG[1] D.E. #108; CFG D.E. #92])**

　　　MARCIA T. DUNN, as Interim Chapter 7 Trustee (the "Trustee") of the above-captioned bankruptcy estates, by and through her undersigned counsel, pursuant to Fed.R.Bankr.P. 2004, Local Rule 2004-1 and the *Order on Marcia T. Dunn, Interim Chapter 7 Trustee's Emergency Motion (1) For Preliminary Injunctive Relief And Temporary Restraining Order To Freeze Bank Accounts And Assets Of Affiliate Entities, And (2) To Shorten Time To Respond To Discovery And Sit For Rule 2004 Oral Examinations* [PSG D.E. #108; CFG D.E. #92] ("Order to Shorten Time") will examine **Trunorth World Cargo LLC, a New York LLC** (also referred to as the "Examinee"), under oath, on **February 26, 2020, at 9:00 A.M. (EST),** at Nelson Mullins Riley & Scarborough LLP, 2 South Biscayne Boulevard, 21st Floor, Miami, FL 33131.

_____

[1] References to docket entries in the PSG and CFG bankruptcies will be labeled "PSG D.E. #XX" and "CFG D.E. #XX" respectively.

The examination is being conducted pursuant to Fed.R.Bankr.P. 2004, Local Rule 2004-1, and the Order to Shorten Time. The scope of the examination shall be as described in Fed.R.Bankr.P. 2004. Pursuant to Local Rule 2004-1, no order or subpoena shall be necessary, and to the extent that a request for production of documents under this rule may be construed as a request under Bankruptcy Rule 7034, the time to respond is shortened to fourteen (14) days.

Interested parties are directed to contact undersigned counsel the day prior to the scheduled examination to confirm that the examination is going forward on the following day, and to make arrangements to appear telephonically.

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 13th day of February, 2020, upon the Debtor:

Trunorth World Cargo LLC, a New York LLC
c/o Corporation Service Company
Registered Agent
80 State Street
Albany, New York, 12207-2543

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 13th day of February, 2020, upon all registered users in this case.

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street
Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
barry.turner@dunnlawpa.com

By:   */s/ Barry S. Turner*
       Barry S. Turner, Esq.
       Florida Bar No. 85535