United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 19-22057-RAM
Pacifico Sur Group, LLC                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1        User: lebronl           Page 1 of 1              Date Rcvd: Feb 20, 2020
                            Form ID: CGFD75         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
db          +Pacifico Sur Group, LLC,   20900 NE 30 Ave,   Suite 200-32,   Aventura, FL 33180-2157
ptcrd       +Affinity Capital Funding, LLC,   c/o Charles Duff,   1100 Wilson Blvd 10th FL,
             Arlington, VA 22209-2257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
              Barry Seth Turner, Esq.    on behalf of Trustee Marcia T Dunn barry.turner@dunnlawpa.com,
               mzucker@dunnlawpa.com;rbasnueva@dunnlawpa.com
              Charles R Sterbach    on behalf of U.S. Trustee    Office of the US Trustee
               Charles.r.sterbach@usdoj.gov
              Gary M Freedman, Esq    on behalf of Petitioning Creditor    Affinity Capital Funding, LLC
               gary.freedman@nelsonmullins.com,    jackie.gonzalez@nelsonmullins.com;lisa.negron@nelsonmullins.com
              Gary M Freedman, Esq    on behalf of Petitioning Creditor    Kash Capital, LLC
               gary.freedman@nelsonmullins.com,    jackie.gonzalez@nelsonmullins.com;lisa.negron@nelsonmullins.com
              Gary M Freedman, Esq    on behalf of Creditor    Advantage Platform Services, Inc.
               gary.freedman@nelsonmullins.com,    jackie.gonzalez@nelsonmullins.com;lisa.negron@nelsonmullins.com
              Gary M Freedman, Esq    on behalf of Creditor    Torro, LLC gary.freedman@nelsonmullins.com,
               jackie.gonzalez@nelsonmullins.com;lisa.negron@nelsonmullins.com
              Marcia T Dunn     mdunn@dunnlawpa.com,
               acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com
              Michael P Dunn    on behalf of Trustee Marcia T Dunn michael.dunn@dunnlawpa.com,
               rbasnueva@dunnlawpa.com;mzucker@dunnlawpa.com
              Miguel  Armenteros    on behalf of Debtor    Pacifico Sur Group, LLC miguel@aa-firm.com,
               service@aa-firm.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 10

**CGFD75** (10/01/16)



**ORDERED in the Southern District of Florida on February 20, 2020**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19−22057−RAM**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Pacifico Sur Group, LLC
20900 NE 30 Ave
Suite 200−32
Aventura, FL 33180

EIN: 47−3318741

## ORDER FOR RELIEF IN INVOLUNTARY CASE AND ORDER SETTING DEADLINE FOR FILING SCHEDULES, STATEMENTS AND OTHER DOCUMENTS

An involuntary petition was filed on **September 10, 2019** against the above−named debtor.

- ☐ The debtor has failed to file any timely pleading or defense to the petition as required by Bankruptcy Rule 1013(b).

- ☐ The debtor has filed a motion to convert the involuntary case from chapter 7 to chapter pursuant to Local Rule 1013−1(B).

- ☑ The debtor has filed a response consenting to relief under the same chapter under which the involuntary petition was filed.

- ☐ The debtor has filed a response contesting the involuntary petition or requesting conversion to chapter and a hearing was held on at which the court heard from all interested parties.

*Page 1 of 3*

It is **ORDERED** that relief under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code) is granted.

Miguel Armenteros is directed to file with the Clerk, United States Bankruptcy Court, the following items and comply with the following directives:

1. Within seven days from the date of this order, the individual named above shall file a list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" [see Bankruptcy Rule 1007(a)(2) and Local Rules 1007.1 and 1007.2].

2. Within 14 days from the date of this order, the individual named above shall file schedules, statements, and, if the debtor is an individual (applicable to both joint debtors), payment advices (or indicate why any or all payment advices will not be filed on the Local Form "Declaration Regarding Payment Advices") [Bankruptcy Rules 1007(b)(1) and 1007(c) and Local Rule 1007.1(F)].

3. Within 14 days from the date of this order, if the debtor is an individual, the debtor shall file

    A. the Official Bankruptcy Form "Your Statement About Your Social Security Numbers" as required by Bankruptcy Rule 1007(f), and Local Rule 1002–1(A)(1); and

    B. Official Bankruptcy Form 122 for the applicable chapter if required.

4. Within 14 days from the date of this order, if the debtor is a corporation or other entity listed in Local Rule 1002–1(A)(2), the debtor shall file a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1) and Local Rule 1002–1(A)(2).

5. If the debtor is an individual and if relief has been entered under chapter 7, the individual named above shall also file within 30 days from the date of this order or the date of the creditors' meeting whichever is earlier, an Official Bankruptcy Form "Statement of Intention for Individuals Filing Under Chapter 7" (Official Form 108) as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1007(b)(2).

6. If relief has been entered under chapter 11, the individual named above shall:

    A. File a list of equity security holders within 14 days from the date of this order as required by Bankruptcy Rule 1007(a)(3);

    B. File Official Bankruptcy Form 104, "The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders" as required by Bankruptcy Rule 1007(d) within two days of the date of this order; and

    C. File reports as required by the U.S. Trustee and required under Local Rule 2015–1 and the payroll and sales tax reports and case management summary required under Local Rule 2081–1.

    D. As required under 11 U.S.C. §1116(1), if the case is a small business case, file within seven days the most recent balance sheet, statement of operations, cash flow statement and Federal income tax return or a statement made under penalty of perjury that no balance sheet, statement of operations, or cash flow statement has been prepared and no Federal tax return has been filed. Access to filed tax returns filed will be restricted as provided under Local Rule 5005–1(A)(2)(c).

7. If this case was filed under chapter 7 and the debtor requested conversion to chapter 11, debtor shall pay the balance of the filing fee due of $922.00.

8. If this case was filed under chapter 11 and the debtor requests conversion to chapter 7, debtor shall immediately remit to the clerk of court the $15.00 trustee surcharge fee prescribed by the Judicial Conference of the United States (if not previously paid by the debtor).

9. If relief has been entered under chapter 13, the individual named above shall:

    A. File within 14 days from the date of this order, a chapter 13 plan conforming to the Local Form Chapter 13 Plan as required by Local Rule 3015–1(B); and

    B. Commence plan payments to the chapter 13 trustee within 30 days from the date of this order in the manner prescribed by that trustee pursuant to Local Rule 3070–1.

10. If relief has been entered under chapter 12, the debtor shall file, within 90 days from the date of this order, a chapter 12 plan pursuant to 11 USC §1221 and Local Rule 3015(A).

# # #

The clerk of court shall serve copies of this order on the following parties:

Debtor and Attorney for Debtor
Trustee or U.S. Trustee (as applicable)
Petitioning Creditors and Attorney for Petitioning Creditors
All Appearances

*Page 3 of 3*