UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

PACIFICO SUR GROUP, LLC,            Case No. 19-22057-RAM
                                                        Chapter 7 (Involuntary)
        Debtor.                               Jointly Administered
_____/

## CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF DEBTORS' FUNDS AT PNC BANK, N.A.

MARCIA T. DUNN, as Chapter 7 Trustee (the "Trustee") of the above-captioned bankruptcy estate (the "Estate"), by and through undersigned counsel, pursuant to 11 U.S.C. §§ 541 and 542, files this *Motion to for Turnover of Debtors' Funds at PNC Bank, N.A.* (the "Motion"), and in support thereof states as follows:

1. On September 10, 2019 (the "Petition Date"), in each respective case, an Involuntary Petition Against a Non-Individual was filed against PACIFICO SUR GROUP, LLC ("Pacifico") and CHILEAN FISHERIES GROUP, LLC ("Chilean", together with Pacifico, the "Debtors") commencing involuntary bankruptcy cases for each under Chapter 7, of Title 11 of the United States Code (the "Bankruptcy Code") [Pacifico, D.E. 1; Chilean D.E. 1].

2. On January 29, 2020, Marcia T. Dunn was appointed as the Interim Chapter 7 Trustee in each bankruptcy case [Pacifico, D.E. 74; Chilean D.E. 77].

3. On February 6, 2020, the Trustee served PNC Bank, N.A. ("PNC Bank") with the *Notice of Rule 2004 Examination Duces Tecum of PNC Bank, N.A. and Intent to Serve Subpoena* [Pacifico, D.E. 86] and corresponding subpoena (the "Subpoena").

4. On February 20, 2020, an *Order for Relief in Involuntary Case and Order Setting Deadline for Filing Schedules, Statements and Other Documents* was entered in each case

[Pacifico, D.E. 126; Chilean D.E. 110] as a result of Pacifico and Chilean each filing a response consenting to relief under the Involuntary Petitions.

5. On February 27, 2020, Marcia T. Dunn was appointed as the Chapter 7 Trustee in each bankruptcy case [Pacifico, D.E. 133; Chilean D.E. 117].

6. Upon motion and order, the Pacifico and Chilean cases were jointly administered as of March 3, 2020 [Pacifico, D.E. 142].

7. A review of the Debtors' bank statements responsive to the Subpoena evidence that a balance remains in the Debtors' bank accounts at PNC Bank in the approximate amount of $2,500.00. Such funds are property of the Estate under 11 U.S.C. § 541.

8. Considering the status of this involuntary bankruptcy case and other potential holds on the funds, PNC Bank seeks an order from this Court directing and authorizing PNC Bank to turn over the funds in the name of either of the Debtors to the Trustee.

9. Accordingly, the Trustee seeks turnover of the funds at PNC Bank pursuant to 11 U.S.C. § 542. *See generally, United States v. Whiting Pools, Inc*., 462 U.S. 198, 103 S. Ct. 2309 (1983) and *United States v. Challenge Air International, Inc*., 952 F.2d 384 (11th Cir. 1992).

10. The relief herein is without prejudice to any party claiming an interest in such funds. Any holds on Debtors' bank accounts, including any garnishments, liens, attachments, or restraining notices to which the funds are subject, may attach with equal priority when the funds are turned over to the Trustee.

11. A proposed order is attached hereto as **Exhibit 1**.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order: (1) directing and authorizing PNC Bank, N.A. to turn over the funds to the Estate; and (2) granting any such additional relief as this Court deems just and proper.

Respectfully submitted this 26th day of May, 2020.

**DUNN LAW, P.A.**
*Counsel for MARCIA T. DUNN, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
barry.turner@dunnlawpa.com

By: */s/ Barry S. Turner*
    Barry S. Turner, Esq.
    Florida Bar No. 85535

### CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. First Class Mail or Email, on May 26, 2020, upon the following:

PACIFICO SUR GROUP, LLC
20900 NE 30th Avenue
Suite 200-32
Aventura, FL 33180

**Justin J. Kontul, Esq.**
jkontul@reedsmith.com
**Amy Kerlin, Esq.**
akerlin@reedsmith.com
**Reed Smith LLP**
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
*Attorneys for PNC Bank, N.A.*

Kash Capital
475 Northern Blvd.
Flr 3, Suite 36
Great Neck, NY 11021

Green Capital Funding LLC
116 Nassau St., Suite 804
New York, NY 20038

CHILEAN FISHERIES GROUP, LLC
20900 NE 30th Avenue
Suite 200-32
Aventura, FL 33180

Flex Funding
25 E. 86 St., Apt. 9F
New York, NY 10028

Advantage Platform Services Inc. d/b/a
Advantage Capital Funding
104 E. 25 St.
New York, NY 10010

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 26th day of May, 2020, upon all registered users in this case.

By: _/s/ Barry S. Turner_
Barry S. Turner, Esq.
Florida Bar No. 85535