**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

PACIFICO SUR GROUP, LLC,                    Case No. 19-22057-RAM
                                            Chapter 7
          Debtors.                          Jointly Administered
_____/

## CERTIFICATE OF SERVICE

      I CERTIFY that a true and correct copy of the *Notice of Hearing (by Telephone)* [D.E. 193]

of the *Chapter 7 Trustee's Motion for Turnover of Debtors' Funds at PNC Bank, N.A.* [DE. 192]

was served by U.S. First Class Mail or Email, on May 26, 2020, upon the following:


PACIFICO SUR GROUP, LLC
20900 NE 30th Avenue
Suite 200-32
Aventura, FL 33180

CHILEAN FISHERIES GROUP,
LLC
20900 NE 30th Avenue
Suite 200-32
Aventura, FL 33180

Justin J. Kontul, Esq.
Amy Kerlin, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716
*Attorneys for PNC Bank*


Flex Funding
25 E. 86 St., Apt. 9F
New York, NY 10028

Kash Capital
475 Northern Blvd.
Flr 3, Suite 36
Great Neck, NY 11021

Advantage Platform Services Inc.
d/b/a Advantage Capital Funding
104 E. 25 St.
New York, NY 10010


Green Capital Funding LLC
116 Nassau St., Suite 804
New York, NY 20038


1

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 26th day of May, 2020, upon all registered users in this case.

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Interim Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866 | Fax: 786-260-0269
Barry.Turner@dunnlawpa.com
Michael.Dunn@dunnlawpa.com

By:     */s/ Barry S. Turner*
            Barry S. Turner, Esq.
            Florida Bar No. 85535

2