ORDERED in the Southern District of Florida on June 18, 2020.



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:

PACIFICO SUR GROUP, LLC,       Case No. 19-22057-RAM
                                            Chapter 7 (Involuntary)
       Debtor.                             Jointly Administered
_____/

## ORDER GRANTING MOTION FOR TURNOVER OF
## DEBTORS' FUNDS AT PNC BANK, N.A.

THIS CASE came before the Court for telephonic hearing on June 18, 2020 upon the *Trustee's Motion to for Turnover of Debtors' Funds at PNC Bank, N.A.* (the "Motion") [D.E. 192] filed by Marcia T. Dunn, Chapter 7 Trustee (the "Trustee"). The Court having reviewed the Motion, having heard argument of counsel to the Trustee and any other counsel; and the Court finding that notice of the Motion and hearing thereon was sufficient under the circumstances and no other notice need be provided; and for good cause being shown, and reasons set forth on the record, it is

**ORDERED** as follows:

1.      The Motion is **GRANTED**.

2. PNC Bank, N.A. is directed and authorized to turn over the funds in bank accounts in the name of either PACIFICO SUR GROUP, LLC or CHILEAN FISHERIES GROUP, LLC to the Trustee.

3. To the extent any party claims an interest in such funds, such party shall file a claim in the Debtors' bankruptcy case asserting same on or before the Claims Bar Date. Any holds on Debtors' bank accounts, including any garnishments, liens, attachments, or restraining notices to which the funds are subject, may attach with equal priority when the funds are turned over to the Trustee.

# # #

Submitted by:
Barry S. Turner, Esq.
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, as Chapter 7 Trustee*
66 West Flagler Street, Suite 400
Miami, FL 33130
Tel: (786) 433-3866
Fax: (786) 260-0269
barry.turner@dunnlawpa.com

*Barry S. Turner, Esq. shall serve a copy of this Order on all interested parties and shall file a Certificate of Service.*