**Fill in this information to identify the case and this filing:**

Debtor Name __PACIFICO SUR GROUP LLC__

United States Bankruptcy Court for the: __SOUTHERN__ District of __FLORIDA__
(State)

Case number (if known): __1:19-bk-22057__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/08/2020__          ✗ _____
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        FRANCISCO BAEZA
                                        Printed name

                                        OWNER
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  PACIFICO SUR GROUP LLC

United States Bankruptcy Court for the:  SOUTHERN    District of  FLORIDA
(State)

Case number (If known):  1:19-bk-22057

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>ADVANTAGE PLATFORM SERVICE INC | **Describe debtor's property that is subject to a lien**<br>ACCOUNT RECEIVABLES | $ 620,000 Approx. | $ UNKNOWN |

**Creditor's mailing address**

104 E 25ST

NEW YORK, NY-10010

**Describe the lien**
UCC 1

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  05/2019

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Creditor's name**<br>AFFINITY CAPITAL FUNDING LLC | **Describe debtor's property that is subject to a lien**<br>ACCOUNT RECEIVABLES | $ 2,020,000 Approx. | $ UNKNOWN |

**Creditor's mailing address**
1100 WILSON BLVD 10 FL

ARLINGTON, VA 22209

**Describe the lien**
UCC 1

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  06/2019

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 3,880,000 Approx.

| Debtor | PACIFICO SUR GROUP LLC | Case number (if known) | 1:19-bk-22057 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__ Creditor's name**

KASH CAPITAL LLC

**Creditor's mailing address**

475 NORTHERN BLVD. SUITE 36

GREAT NECK, NY-11021

**Creditor's email address, if known**

**Date debt was incurred** 05/2019

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

ACCOUNT RECEIVABLES    $ 730,000 Approx.    $ UNKNOWN

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**2.__ Creditor's name**

TORRO LLC

**Creditor's mailing address**

975 EAST WOOD OAK LANE, SUITE 110

SALT LAKE CITY, UT-84117

**Creditor's email address, if known**

**Date debt was incurred** 08/2019

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

ACCOUNT RECEIVABLES    $ 215,000 Approx.    $ UNKNOWN

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page __2_ of _4_

Debtor ___PACIFICO SUR GROUP LLC_____    Case number (if known) 1:19-bk-22057
                 Name

---

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

___GREEN CAPITAL_____

**Creditor's mailing address**

116 NASSAU ST, SUITE 804

NEW YORK, NY-10038

**Creditor's email address, if known**

_____

**Date debt was incurred** ___07/2019_____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

___ACCOUNT RECEIVABLES_____    $ 135,000 Approx.    $ UNKNOWN

_____

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.__** Creditor's name

___FLEX FUNDING_____

**Creditor's mailing address**

25 E 86 ST, APT 9F

NEW YORK, NY-10028

**Creditor's email address, if known**

_____

**Date debt was incurred** ___08/2019_____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

___ACCOUNT RECEIVABLES_____    $ 160,000 Approx.    $ UNKNOWN

_____

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor    PACIFICO SUR GROUP LLC
_____    Case number (if known) 1:19-bk-22057
        Name

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor  PACIFICO SUR GROUP LLC

United States Bankruptcy Court for the:  SOUTHERN  District of  FLORIDA
(State)

Case number  1:19-bk-22057
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____    Priority amount $_____

**2.2** Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

**2.3** Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

Debtor    PACIFICO SUR GROUP LLC    Case number (if known) 19-bk-22057
_____
Name

## Part 2:    List All Creditors with **NONPRIORITY** Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | _____ | | |
| | _____ | | |
| | _____ | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | _____ | | |
| | _____ | | |
| | _____ | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | _____ | | |
| | _____ | | |
| | _____ | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | _____ | | |
| | _____ | | |
| | _____ | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | _____ | | |
| | _____ | | |
| | _____ | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | _____ | | |
| | _____ | | |
| | _____ | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

Debtor    PACIFICO SUR GROUP LLC
          _____
          Name

          Case number (if known) 1-19-bk-22057

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
    assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a. **Total claims from Part 1**    5a.    $_____

5b. **Total claims from Part 2**    5b.  **+**  $_____

5c. **Total of Parts 1 and 2**    5c.    $_____
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name  PACIFICO SUR GROUP LLC

United States Bankruptcy Court for the: SOUTHERN    District of   FLORIDA
                                                                 (State)
Case number (If known):  1:19-bk-22057    Chapter  7

☐ Check if this is an
  amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                               whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page 1 of 2

Debtor    PACIFICO SUR GROUP LLC _____    Case number *(if known)* 1:19-bk-22057 _____
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                            whom the debtor has an executory contract or unexpired lease

2._  State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._  State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._  State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._  State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._  State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._  State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._  State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page _2_ of _2_

Fill in this information to identify the case:

Debtor name **PACIFICO SUR GROUP LLC**

United States Bankruptcy Court for the: **SOUTHERN** District of **FLORIDA**
(State)

Case number (If known): **1:19-bk-22057**

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | FRANCISCO BAEZA | LO BARNECHEA<br>Street<br><br>SANTIAGO, REGION METROPOLITANA, CHILE<br>City    State    ZIP Code | ADVANTAGE PLATFORM SERVICE INC | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | FRANCISCO BAEZA | LO BARNECHEA<br>Street<br><br>SANTIAGO, REGION METROPOLITANA, CHILE<br>City    State    ZIP Code | AFFINITY CAPITAL FUNDING LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | FRANCISCO BAEZA | LO BARNECHEA<br>Street<br><br>SANTIAGO, REGION METROPOLITANA, CHILE<br>City    State    ZIP Code | KASH CAPITAL LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | FRANCISCO BAEZA | LO BARNECHEA<br>Street<br><br>SANTIAGO, REGION METROPOLITANA, CHILE<br>City    State    ZIP Code | TORRO LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | FRANCISCO BAEZA | LO BARNECHEA<br>Street<br><br>SANTIAGO, REGION METROPOLITANA, CHILE<br>City    State    ZIP Code | GREEN CAPITAL | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | FRANCISCO BAEZA | LO BARNECHEA<br>Street<br><br>SANTIAGO, REGION METROPOLITANA, CHILE<br>City    State    ZIP Code | FLEX FUNDING | ☒ D<br>☐ E/F<br>☐ G |

Debtor    PACIFICO SUR GROUP LLC
          _____
          Name

Case number (if known) 1:19-bk-22057

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | | |
|---|---|---|
| **Name** | **Mailing address** | **Name** |

**Check all schedules that apply:**

2.___    _____

Street _____
_____

City _____ State _____ ZIP Code _____

❏ D
❏ E/F
❏ G

2.___    _____

Street _____
_____

City _____ State _____ ZIP Code _____

❏ D
❏ E/F
❏ G

2.___    _____

Street _____
_____

City _____ State _____ ZIP Code _____

❏ D
❏ E/F
❏ G

2.___    _____

Street _____
_____

City _____ State _____ ZIP Code _____

❏ D
❏ E/F
❏ G

2.___    _____

Street _____
_____

City _____ State _____ ZIP Code _____

❏ D
❏ E/F
❏ G

2.___    _____

Street _____
_____

City _____ State _____ ZIP Code _____

❏ D
❏ E/F
❏ G

2.___    _____

Street _____
_____

City _____ State _____ ZIP Code _____

❏ D
❏ E/F
❏ G

2.___    _____

Street _____
_____

City _____ State _____ ZIP Code _____

❏ D
❏ E/F
❏ G

**Fill in this information to identify the case:**

Debtor name __PACIFICO SUR GROUP LLC__

United States Bankruptcy Court for the: __SOUTHERN__   District of __FLORIDA__
(State)

Case number (If known): __1:19-bk-22057__

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None   **UNKNOWN**

   Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

   | | Sources of revenue — Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From ___ MM/DD/YYYY to Filing date | ☐ Operating a business ☐ Other _____ | $_____ |
   | **For prior year:** From ___ MM/DD/YYYY to ___ MM/DD/YYYY | ☐ Operating a business ☐ Other _____ | $_____ |
   | **For the year before that:** From ___ MM/DD/YYYY to ___ MM/DD/YYYY | ☐ Operating a business ☐ Other _____ | $_____ |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From ___ MM/DD/YYYY to Filing date | _____ | $_____ |
   | **For prior year:** From ___ MM/DD/YYYY to ___ MM/DD/YYYY | _____ | $_____ |
   | **For the year before that:** From ___ MM/DD/YYYY to ___ MM/DD/YYYY | _____ | $_____ |

Debtor  PACIFICO SUR GROUP LLC
        Name

Case number (if known)  1:19-bk-22057

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None    SEE BANK STATEMENTS PROVIDED TO TRUSTEE AND PETITIONING CREDITORS

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1 | Kash, Flex Funding, Torro, Affinity,<br>Advantage, Green Capital<br><sub>Creditor's name</sub><br><br>Street<br><br><br>City          State          ZIP Code | 06/10/2019<br><br>to<br>09/10/2019 | $ $1,500,000<br><br>Aprox Value | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2 | <br>Creditor's name<br><br>Street<br><br><br>City          State          ZIP Code | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None    SEE BANK STATEMENTS PROVIDED TO TRUSTEE AND PETITIONING CREDITORS

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | <br>Insider's name<br><br>Street<br><br><br>City          State          ZIP Code<br><br>**Relationship to debtor**<br>_____ | | $ _____ | _____<br>_____<br>_____ |
| 4.2 | <br>Insider's name<br><br>Street<br><br><br>City          State          ZIP Code<br><br>**Relationship to debtor**<br>_____ | | $ _____ | _____<br>_____<br>_____ |

Debtor    PACIFICO SUR GROUP LLC
_____
Name

Case number (if known) 1:19-bk-22057
_____

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City       State       ZIP Code | | | |
| 5.2. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City       State       ZIP Code | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City       State       ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

### Part 3:   Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. FRAMA SEAFOOD LLC v. PACIFICO | BREACH OF CONTRACT | ELEVENTH JUDICIAL CIRCUIT<br>Name<br>73 WEST FLAGLER ST<br>Street | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>2018-31722 CA | | MIAMI       FL       33130<br>City       State       ZIP Code | |
| **Case title**<br>7.2. TORRO LLC VS PACIFICO SUR GROUP LLC | | **Court or agency's name and address**<br>ELEVENTH JUDICIAL CIRCUIT<br>Name<br>73 WEST FLAGLER ST<br>Street | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>2019-028002-CA-01 | | MIAMI       FL       33130<br>City       State       ZIP Code | |

Debtor     PACIFICO SUR GROUP LLC
           _____          Case number (if known)  1:19-bk-22057
           Name                                      _____

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | | Name |
| City          State      ZIP Code | Case number | Street |
| | | |
| | Date of order or assignment | City        State        ZIP Code |

---

### Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

### Part 5:  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | | | |

Debtor    PACIFICO SUR GROUP LLC
          _____          Case number (if known) 1:19-bk-22057
          Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 5

Debtor   PACIFICO SUR GROUP LLC
         _____
         Name

Case number (if known) 1:19-bk-22057

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None   SEE BANK STATEMENTS PROVIDED TO TRUSTEE AND PETITIONING CREDITORS

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____   _____   _____   $ _____

**Address**
_____
Street
_____
City          State   ZIP Code

**Relationship to debtor**
_____

Who received transfer?   _____   _____   $ _____

13.2. _____

**Address**
_____
Street
_____
City          State   ZIP Code

**Relationship to debtor**
_____

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. 20900 NE 30TH AVE
Street
SUITE 200
AVENTURA     FLORIDA   33180
City          State   ZIP Code

From _____ To 09/2019

14.2. _____
Street
_____
City          State   ZIP Code

From _____ To _____

Debtor    PACIFICO SUR GROUP LLC                          Case number (if known) 1:19-bk-22057
_____
    Name

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- — diagnosing or treating injury, deformity, or disease, or
- — providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
    _____    _____    _____
    Facility name

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

    _____
    Street

*Check all that apply:*

    _____    _____    _____    ☐ Electronically
    City    State    ZIP Code    ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2
    _____    _____    _____
    Facility name

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

    _____
    Street

*Check all that apply:*

    _____    _____    _____    ☐ Electronically
    City    State    ZIP Code    ☐ Paper

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

        Name of plan    Employer identification number of the plan

        _____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

| Debtor | PACIFICO SUR GROUP LLC | Case number (if known) | 1:19-bk-22057 |
|---|---|---|---|
| | Name | | |

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City    State    ZIP Code | _____ _____ **Address** _____ _____ | _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City    State    ZIP Code | _____ _____ **Address** _____ _____ | _____ _____ | ☐ No ☐ Yes |

Debtor    PACIFICO SUR GROUP LLC
      Name

Case number (if known) 1:19-bk-22057

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page **9**

Debtor    PACIFICO SUR GROUP LLC
          _____
          Name

Case number (if known) 1:19-bk-22057
                      _____

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **25.1.** | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____    To _____ |
| City          State          ZIP Code | | |
| **25.2.** Business name and address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____    To _____ |
| City          State          ZIP Code | | |
| Business name and address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| **25.3.** | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____    To _____ |
| City          State          ZIP Code | | |

Debtor    PACIFICO SUR GROUP LLC                              Case number (if known) 1:19-bk-22057
          Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | **Name and address** | | | **Dates of service** | |
|---|---|---|---|---|---|
| 26a.1. | MARCO CANCINO | | | From 2016 | To 2019 |
| | Name | | | | |
| | LO FONTECILLA 101 | | | | |
| | Street | | | | |
| | | | | | |
| | LAS CONDES, SANTIAGO, CHILE | | | | |
| | City | State | ZIP Code | | |

| | **Name and address** | | | **Dates of service** | |
|---|---|---|---|---|---|
| 26a.2. | | | | From _____ | To _____ |
| | Name | | | | |
| | Street | | | | |
| | | | | | |
| | City | State | ZIP Code | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| | **Name and address** | | | **Dates of service** | |
|---|---|---|---|---|---|
| 26b.1. | | | | From _____ | To _____ |
| | Name | | | | |
| | Street | | | | |
| | | | | | |
| | City | State | ZIP Code | | |

| | **Name and address** | | | **Dates of service** | |
|---|---|---|---|---|---|
| 26b.2. | | | | From _____ | To _____ |
| | Name | | | | |
| | Street | | | | |
| | | | | | |
| | City | State | ZIP Code | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|---|
| 26c.1. | MARCO CANCINO | | | BOOK AND RECORD ARE ON SERVER |
| | Name | | | LOCATE AT WAREHOUSE OF PACIFICO |
| | LO FONTECILLA 101 | | | SPA IN CHILE. |
| | Street | | | |
| | | | | |
| | SANTIAGO, CHILE | | | |
| | City | State | ZIP Code | |

Debtor    PACIFICO SUR GROUP LLC _____     Case number (if known)    1:19-bk-22057
          Name

**Name and address**                                          **If any books of account and records are unavailable, explain why**

26c 2.  _____
        Name

        _____
        Street

        _____
        City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☐ None    ALL SECURED CREDITORS. SEE SCHEDULE 206 D

    **Name and address**

26d.1.  _____
        Name

        _____
        Street

        _____
        City                    State        ZIP Code

    **Name and address**

26d.2.  _____
        Name

        _____
        Street

        _____
        City                    State        ZIP Code

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No    INFORMATION NOT AVAILABLE
☐ Yes. Give the details about the two most recent inventories.

**Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory**
---|---|---
_____ | _____ | $_____

**Name and address of the person who has possession of inventory records**

27.1.  _____
       Name

       _____
       Street

       _____
       City                    State        ZIP Code

| Debtor | PACIFICO SUR GROUP LLC | Case number (if known) | 1:19-bk-22057 |
|--------|------------------------|------------------------|----------------|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.

Name

Street

City                                State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| FRANCISCO BAEZA | LO BARNECHEA, SANTIAGO, CHILE | OWNER | 100% |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.  SEE BANK STATEMENTS PROVIDED TO TRUSTEE AND PETITIONING CREDITORS

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|---------------------------------|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| Relationship to debtor | | | |

Debtor   PACIFICO SUR GROUP LLC                                Case number (if known) 1:19-bk-22057
         Name

**Name and address of recipient**

30.2    _____          _____   _____   _____
        Name                                              _____
        Street                                            _____
        _____
        City                        State    ZIP Code     _____

        **Relationship to debtor**                        _____
        _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

        Name of the parent corporation                    Employer Identification number of the parent
                                                           corporation
        _____          EIN: __ __ - __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

        Name of the pension fund                          Employer Identification number of the pension fund
        _____          EIN: __ __ - __ __ __ __ __ __ __

| Part 14: | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/08/2020
              MM / DD / YYYY

✗ _____          Printed name   FRANCISCO BAEZA
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor   OWNER

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes